THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GABRIEL ALLEN ECKARD, | CASE NO. C18-1053-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ASEN DESHEV, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's motion for summary judgment (Dkt. No. 37). The Court previously granted Defendants' motion for summary judgment and dismissed Plaintiff's complaint with prejudice. (Dkt. Nos. 32, 33.) Plaintiff has appealed that decision. (Dkt. No. 34.) Plaintiff's present motion for summary judgment was filed after his appeal in this case, and names different defendants and causes of action than his underlying complaint. (*Compare* Dkt. No. 6, *with* Dkt. No. 37). It appears that Plaintiff's motion for summary judgment should have been filed in a different case Plaintiff has in this district. *See Eckard v. Thomas, et al.*, Case No. C19-0104-RSM, Dkt. No. 5 (W.D. Wash. 2019). Therefore, the Clerk is directed to STRIKE Plaintiff's pending motion for summary judgment. (Dkt. No. 37.) Plaintiff may refile his motion for summary judgment under the appropriate case number.

1       DATED this 28th day of May 2019.

William M. McCool<br>
Clerk of Court

s/Tomas Hernandez<br>
Deputy Clerk